NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-8001

SUSAN THOMPSON,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

On petition for review of a decision of the Bureau of Justice Assistance in PSOB claim no. 1998-0126.

ON MOTION

Before MOORE, Circuit Judge.

O R D E R

Susan Thompson moves for an extension of time to file her brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.  Thompson's brief, if she has not already filed it, is due within 14 days of the date of filing of this order.

(2)    The Department of Justice should calculate the due date for its brief from the date of service of Thompson's brief or the date of this order, whichever is later.

FOR THE COURT

MAR 2 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Susan Thompson
       Lauren A. Weeman, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 0 2009

JAN HORBALY
CLERK